IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAIME LUEVANO,

    Plaintiff,

v.

    Civil Action No. 3:08CV506

GEORGE TRENT, et al.,

    Defendants.

## MEMORANDUM

Plaintiff, Jaime Luevano, a Texas state prisoner, brought this action. Luevano's request to proceed in forma pauperis was denied by Memorandum Order entered on August 26, 2008. Accordingly, Plaintiff was directed to submit the full $350.00 filing fee within eleven (11) days of the date of entry thereof.

More than eleven (11) days have passed and Luevano has not paid the $350.00 filing fee. As Luevano has failed to comply with the August 26, 2008 Memorandum Order of the Court, this action will be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

An appropriate Order shall issue.

/s/
UNITED STATES DISTRICT JUDGE

Date: October 1, 2008
Richmond, Virginia